STEPHEN P. BERZON, SBN 46540
STACEY LEYTON, SBN 203827
MEREDITH A. JOHNSON, SBN 291018
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: sberzon@altber.com
　　　　sleyton@altber.com
　　　　mjohnson@altber.com
*Attorneys for Defendants Tom Lemmon and*
*San Diego County Building and Construction Trades Council*

STEVEN T. COOPERSMITH, SBN 184646
PHILIPPA S. GRUMBLEY, SBN 265135
THE COOPERSMITH LAW FIRM
555 West Beech Street, Suite 230
San Diego, California 92101
Tel.: (619) 238-7360
Fax: (619) 785-3357
Email: stc@stevecoopersmithlaw.com
　　　　psg@stevecoopersmithlaw.com
*Attorneys for Defendant Tom Lemmon*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANS HOTELS, LLC, a California limited liability company,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>UNITE HERE! LOCAL 30<br><br>　　　　Defendant. | CASE NO. 18-cv-2763-H-KSC<br><br>**NOTICE OF APPEARANCE OF STEPHEN P. BERZON** |

NOTICE OF APPEARANCE OF STEPHEN P. BERZON;
Case No. 18-cv-2763-H-KSC

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Stephen P. Berzon of the firm ALTSHULER BERZON LLP, hereby appears as counsel of record on behalf of Defendants Tom Lemmon and San Diego County Building and Construction Trades Council. Effective immediately, please add Stephen P. Berzon as an attorney to be noticed on all matters at the following address:

>STEPHEN P. BERZON
>ALTSHULER BERZON LLP
>177 Post Street, Suite 300
>San Francisco, CA 94108
>Telephone: (415) 421-7151
>Facsimile: (415) 362-8064
>Email: sberzon@altber.com

Dated: February 14, 2019

Respectfully submitted,

STEPHEN P. BERZON
STACEY LEYTON
MEREDITH A. JOHNSON
Altshuler Berzon LLP

By: _____

Stephen P. Berzon

*Attorney for Defendants Tom Lemmon And San Diego County Building and Construction Trades Council*

---

1
NOTICE OF APPEARANCE OF STEPHEN P. BERZON;
Case No. 18-cv-2763-H-KSC