AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| EVANS HOTELS, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 18-cv-02763-H-KSC |
| UNITE HERE LOCAL 30 ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

UNITE HERE Local 30 and Brigette Browning                                                                         .

Date:   02/15/2019

_____
*Attorney's signature*

David L. Barber, SBN 294450
*Printed name and bar number*

McCRACKEN, STEMERMAN & HOLSBERRY, LLP
595 Market Street, Suite 800
San Francisco, CA 94105
*Address*

dbarber@msh.law
*E-mail address*

(415) 597-7200
*Telephone number*

(415) 597-7201
*FAX number*

## **CERTIFICATE OF SERVICE**

I am employed in the city and county of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is: 595 Market Street, Suite 800, San Francisco, California 94105.

On February 15th, 2019, I served a copy of the foregoing document

## **APPEARANCE OF COUNSEL**

on the interested party(s) in this action, as follows:

***By ECF System - Court's Notice of Electronic Filing:***

Susan K. Leader
Akin Gump Strauss Hauer & Feld
1999 Avenue of the Stars
Suite 600
Los Angeles, CA 90067
310-229-1000
Fax: 310-229-1001
Email: sleader@akingump.com

*Attorneys for Plaintiffs*

Stacey Monica Leyton
Altshuler Berzon LLP
177 Post Street
Suite 300
San Francisco, CA 94108
(415)421-7151
Fax: (415)362-8064
Email: sleyton@altshulerberzon.com

Meredith A. Johnson
Altshuler Berzon
177 Post Steet
Suite 300
San Francisco, CA 94108
415-421-7151
Email: mjohnson@altshulerberzon.com

1

Stephen P. Berzon
Altshuler Berzon LLP
177 Post Street
Suite 300
San Francisco, CA 94108
(415)421-7151
Fax: (415)362-8064
Email: sberzon@altshulerberzon.com

*Attorneys for Defendants*

  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  Executed on this 15th day of February, 2019, at San Francisco, California.

          */s/ Katy Maddux*
          Katherine Maddux

2

CERTIFICATE OF SERVICE          CASE 16-cv-2660-BAS-JLB