Richard G. McCracken, SBN 62058
Paul L. More, SBN 228589
McCRACKEN, STEMERMAN & HOLSBERRY, LLP
595 Market Street, Suite 800
San Francisco, CA 94105
Tel:    415-597-7200
Fax:    415-597-7201
Email:  rmccracken@msh.law
        pmore@msh.law

*Attorneys for Defendants UNITE HERE Local 30 and Brigette Browning*

Stacey Monica Leyton, SBN 203827
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel:    415-421-7151
Fax:    415-362-8064
Email:  sleyton@altshulerberzon.com

*Attorneys for Defendants Tom Lemmon and San Diego Building and Construction Trades Council*

Steven Todd Coopersmith, SBN 18464
Danielle L. Macedo, SBN 328873
THE COOPERSMITH LAW FIRM
555 W Beech St., Suite 230
San Diego, CA 92101
Tel:    619-238-7360
Fax:    619-785-3357
Email:  stc@stevecoopersmithlaw.com
        dlm@stevecoopersmithlaw.com

*Attorneys for Defendant Tom Lemmon*

///

///

///

///

///

---

DEFENDANTS' MOTION FOR RECONSIDERATION           CASE NO. 18-cv-02763-TWR-AHG

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANS HOTELS, LLC, a California limited liability company; BH PARTNERSHIP LP, a California limited partnership; EHSW, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>UNITE HERE LOCAL 30; BRIGETTE BROWNING, an individual; SAN DIEGO COUNTY BUILDING and CONSTRUCTION TRADES COUNCIL, AFL-CIO; TOM LEMMON, an individual; and DOES 1-10,<br><br>Defendants. | CASE NO. 18-cv-02763-WQH-AHG<br><br>**DEFENDANTS' NOTICE AND MOTION FOR RECONSIDERATION OF ORDER GRANTING IN PART, DENYING IN PART MOTIONS TO DISMISS SECOND AMENDED COMPLAINT**<br><br>The Honorable Todd W. Robinson<br><br>Date: January 12, 2022<br>Time: 1:30 p.m.<br>Courtroom: 3A<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY COURT** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on January 12, 2022, at the U.S. District Court, Southern District of California, 221 West Broadway, San Diego, CA, Defendants UNITE HERE Local 30, San Diego County Building & Construction Trades Council, Tom Lemmon, and Brigette Browning ("Defendants") will and hereby do move for reconsideration of this Court's August 26, 2021 Order Granting in Part and Denying in Part Motions to Dismiss Second Amended Complaint (ECF Doc. 93) (the "Order").

Defendants move for reconsideration on the grounds that five aspects of the Order were manifest error and contrary to settled precedent: (1) the conclusion the Second Amended Complaint ("SAC") sufficiently alleges that Local 30's February 28 and May 11, 2018 letters constituted "sham petitioning";  (2) the conclusion that the SAC adequately alleges that Defendants alleged threats against SeaWorld constituted "sham petitioning"; (3) the legal conclusion that otherwise protected or non-coercive conduct may violate National Labor Relations Act ("NLRA") Section 8(b)(4)(ii) if it threatens "ruin or substantial economic loss"; (4) the conclusion that the SAC sufficiently alleged that the Building Trades Defendants had the "object" of obtaining an agreement that would violate NLRA Section 8(e); and (5) the conclusion that the SAC alleges facts sufficient to preclude dismissal of the Sherman Act claims on the basis of the non-statutory labor exemption.

This Motion is based on the accompanying Memorandum of Points and Authorities, on the full and complete record in this matter, and on such further arguments or evidence as may come before the Court.  The parties have previously met and conferred in a good faith effort to resolve the issues raised in this Motion.

Dated: September 23, 2021         Respectfully submitted,

_____
Richard G. McCracken, SBN 62058
Paul L. More, SBN 228589

1

McCRACKEN, STEMERMAN & HOLSBERRY, LLP
595 Market Street, Suite 800
San Francisco, CA 94105
Tel: 415-597-7200          Fax: 415-597-7201
Email: rmccracken@msh.law / pmore@msh.law
*Attorneys for Defendants UNITE HERE Local 30 and Brigette Browning*

Stacey Monica Leyton, SBN 203827
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: 415-421-7151          Fax: 415-362-8064
Email:sleyton@altshulerberzon.com
*Attorneys for Defendants Tom Lemmon and San Diego Building and Construction Trades Council*

Steven Todd Coopersmith, SBN 18464
Danielle L. Macedo, SBN 328873
THE COOPERSMITH LAW FIRM
555 W Beech St., Suite 230
San Diego, CA 92101
Tel: 619-238-7360          Fax: 619-785-3357
Email:stc@stevecoopersmithlaw.com
dlm@stevecoopersmithlaw.com
*Attorneys for Defendant Tom Lemmon*

# CERTIFICATE OF SERVICE

I am employed in the city and county of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is: 595 Market Street, Suite 800, San Francisco, California 94105.

On September 23, 2021, I served a copy of the foregoing document

**DEFENDANTS' NOTICE AND MOTION FOR RECONSIDERATION OF ORDER GRANTING IN PART, DENYING IN PART, MOTIONS TO DISMISS SECOND AMENDED COMPLAINT**

on the interested party(s) in this action, as follows:

***By ECF System - Court's Notice of Electronic Filing:***

| | |
|---|---|
| Susan K. Leader<br>AKIN GUMP STRAUSS HAUER & FELD<br>1999 Avenue of the Stars<br>Suite 600<br>Los Angeles, CA 90067<br>Telephone: 310-229-1000<br>Fax: 310-229-1001<br>Email: sleader@akingump.com | William M. Low<br>Edwin M. Boniske<br>Geoffrey M. Thorne<br>Jacob T. Spaid<br>HIGGS FLETCHER & MACK LLP<br>401 West "A" Street, Suite 2600<br>San Diego, California 92101-7913<br>Telephone: 619-236-1551<br>Fax: 619-696-1410<br>Email: wlow@higgslaw.com<br>          boniske@higgslaw.com<br>          thorneg@higgslaw.com<br>          spaidj@higgslaw.com |
| Lawrence David Levien<br>AKIN GUMP STRAUSS HAUER & FELD<br>2001 K Street, N.W.<br>Washington, DC 20006-1037<br>Telephone: 202-887-4054<br>Fax: 202-887-4288<br>Email: llevien@akingump.com | Stephanie Peri Priel<br>BAKER MCKENZIE<br>10250 Constellation Boulevard<br>Suite 1850<br>Los Angeles, CA 90067<br>Telephone: 310-201-4728<br>Fax: 310-201-4721<br>Email: spriel@akingump.com |
| *Attorneys for Plaintiffs* | *Attorneys for Plaintiffs* |

1

DEFENDANTS' MOTION FOR RECONSIDERATION          CASE NO. 18-cv-02763-TWR-AHG

1 | I declare under penalty of perjury under the laws of the State of California that
2 | the foregoing is true and correct.
3 | Executed on this 23rd day of September, 2021, at San Francisco, California.

*(signature)*
Katherine Pierre