Richard G. McCracken, SBN 62058
Paul L. More, SBN 228589
Luke Dowling, SBN 328014
McCRACKEN, STEMERMAN & HOLSBERRY, LLP
595 Market Street, Suite 800
San Francisco, CA 94105
Tel:     415-597-7200
Fax:    415-597-7201
Email:  rmccracken@msh.law
        pmore@msh.law
        ldowling@msh.law

*Attorneys for Defendants UNITE HERE Local 30 and Brigette Browning*

Stacey Monica Leyton, SBN 203827
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel:     415-421-7151
Fax:    415-362-8064
Email:  sleyton@altshulerberzon.com

*Attorneys for Defendants Tom Lemmon and San Diego Building and Construction Trades Council*

Steven Todd Coopersmith, SBN 184646
Philippa S. Grumbley, SBN 265135
THE COOPERSMITH LAW FIRM
555 W Beech St., Suite 230
San Diego, CA 92101
Tel:     619-238-7360
Fax:    619-785-3357
Email:  stc@stevecoopersmithlaw.com
        psg@stevecoopersmithlaw.com

*Attorneys for Defendant Tom Lemmon*

///

///

///

///

///

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANS HOTELS, LLC, a California limited liability company; BH PARTNERSHIP LP, a California limited partnership; EHSW, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>UNITE HERE LOCAL 30; BRIGETTE BROWNING, an individual; SAN DIEGO COUNTY BUILDING and CONSTRUCTION TRADES COUNCIL, AFL-CIO; TOM LEMMON, an individual; and DOES 1-10,<br><br>Defendants. | CASE NO. 18-cv-02763-LL-AHG<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16.**<br><br>The Honorable Linda Lopez<br><br>Hearing Date: Tuesday, May 10, 2022<br><br>**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |

**PLEASE TAKE NOTICE** that, on Tuesday May 10, 2022, or as soon thereafter as the matter can be heard in Courtroom 2B of the United States District Court, Southern District of California, located at 333 West Broadway, San Diego, California 92101, the Honorable Linda Lopez presiding, Defendants UNITE HERE Local 30; Brigette Browning; San Diego County Building and Construction Trades Council, AFL-CIO; and Tom Lemmon will, and hereby does, move the Court for an order granting attorneys' fees and costs pursuant to California Code of Civil Procedure Section 425.16. *U.S. ex rel. Newsham v. Lockheed Missiles & Space Co.*, 190 F.3d 963, 973 (9th Cir. 1999) (applying § 425.16 in federal court).

This motion is made following the conference of counsel that took place telephonically on March 29, 2022, at which the substance of this motion was discussed and the parties were unable to come to resolution. The motion is based on this notice of motion; the memorandum of points and authorities; the declarations of Stacey M. Leyton, Paul L. More, and Steven T. Coopersmith; the proposed order; all pleadings and papers filed in this action; and such other matters as the Court may consider.

Dated: April 5, 2022         Respectfully submitted,

Richard G. McCracken, SBN 62058
Paul L. More, SBN 228589
Luke Dowling, SBN 328014
McCRACKEN, STEMERMAN & HOLSBERRY, LLP
595 Market Street, Suite 800
San Francisco, CA 94105
Tel:  415-597-7200         Fax:  415-597-7201
Email: rmccracken@msh.law / pmore@msh.law
ldowling@msh.law
*Attorneys for Defendants UNITE HERE Local 30 and Brigette Browning*

1

MOTION FOR ATTORNEYS' FEES AND COSTS         CASE NO. 18-cv-02763-LL-AHG

Stacey Monica Leyton, SBN 203827
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel: 415-421-7151   Fax: 415-362-8064
Email:sleyton@altshulerberzon.com
*Attorneys for Defendants Tom Lemmon and San Diego Building and Construction Trades Council*


Steven Todd Coopersmith, SBN 184646
Philippa S. Grumbley, SBN 265135
The Coopersmith Law Firm
555 W Beech St., Suite 230
San Diego, CA 92101
Tel:     619-238-7360
Fax:    619-785-3357
Email:  stc@stevecoopersmithlaw.com
        psg@stevecoopersmithlaw.com

*Attorneys for Defendant Tom Lemmon*

# CERTIFICATE OF SERVICE

I am employed in the city and county of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is: 595 Market Street, Suite 800, San Francisco, California 94105.

On April 5, 2022, I served a copy of the foregoing document

**DEFENDANTS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS PURSUANT TO CALIFORNIA CODE OF CIVIL PROCEDURE § 425.16.**

on the interested party(s) in this action, as follows:

### By ECF System - Court's Notice of Electronic Filing:

Susan K. Leader
Akin Gump Strauss Hauer & Feld
1999 Avenue of the Stars
Suite 600
Los Angeles, CA 90067
310-229-1000

*Attorneys for Plaintiffs*

William M. Low, Bar No. 106669
wlow@higgslaw.com
Edwin M. Boniske, Bar No. 265701
boniske@higgslaw.com
Geoffrey M. Thorne, Bar No. 284740
thorneg@higgslaw.com
Jacob T. Spaid, Bar No. 298832
spaidj@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, California 92101-7913

*Attorneys for Plaintiffs*

Stacey Monica Leyton, SBN 203827
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Email:
sleyton@altshulerberzon.com

*Attorneys for Defendants Tom Lemmon and San Diego Building and Construction Trades Council*

Steven Todd Coopersmith, SBN 184646
Philippa S. Grumbley, SBN 265135
The Coopersmith Law Firm
555 W Beech St., Suite 230
San Diego, CA 92101
Tel:     619-238-7360
Fax:    619-785-3357
Email:  stc@stevecoopersmithlaw.com
psg@stevecoopersmithlaw.com

*Attorneys for Defendant Tom Lemmon*

I declare under penalty of perjury under the laws of the State of California that

1

CERTIFICATE OF SERVICE                              CASE NO. 18-cv-02763-LL-AHG

1 | the foregoing is true and correct.

2 |   Executed on this April 5, 2022, at San Francisco, California.

*[signature]*
Katherine Pierre