Richard G. McCracken, SBN 62058
Paul L. More, SBN 228589
Luke Dowling, SBN 328014
McCRACKEN, STEMERMAN & HOLSBERRY, LLP
595 Market Street, Suite 800
San Francisco, CA 94105
Tel:     415-597-7200
Fax:    415-597-7201
Email:  rmccracken@msh.law
            pmore@msh.law
            ldowling@msh.law

*Attorneys for Defendants UNITE HERE Local 30 and Brigette Browning*

Stacey Monica Leyton, SBN 203827
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel:     415-421-7151
Fax:    415-362-8064
Email:  sleyton@altshulerberzon.com

*Attorneys for Defendants Tom Lemmon and San Diego Building and Construction Trades Council*

Steven Todd Coopersmith, SBN 184646
Philippa S. Grumbley, SBN 265135
THE COOPERSMITH LAW FIRM
555 W Beech St., Suite 230
San Diego, CA 92101
Tel:     619-238-7360
Fax:    619-785-3357
Email:  stc@stevecoopersmithlaw.com
            psg@stevecoopersmithlaw.com

*Attorneys for Defendant Tom Lemmon*

*(Counsel Continued on Next Page)*

///

///

///

///

JOINT MOTION FOR ORDER ON BRIEFING                                   CASE NO. 18-cv-02763-LL-AHG


William M. Low, Bar No. 106669
wlow@higgslaw.com
Edwin M. Boniske, Bar No. 265701
boniske@higgslaw.com
Geoffrey M. Thorne, Bar No. 284740
thorneg@higgslaw.com
Jacob T. Spaid, Bar No. 298832
spaidj@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, California 92101
Telephone: 619.236.1551
Facsimile: 619.696.1410

*Attorneys for Plaintiffs EVANS HOTELS, LLC; BH PARTNERSHIP LP; and EHSW, LLC*

Lawrence D. Levien (*Pro Hac Vice*)
LLevien@littler.com
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006
Telephone: 202.842.3400
Facsimile: 202.842.0011

Daniel J. Mogin, Esq., Bar No. 95624
dmogin@moginrubin.com
Jennifer M. Oliver, Esq., Bar No. 311196
joliver@moginrubin.com
Timothy Z. LaComb, Esq., Bar No. 314244
tlacomb@moginrubin.com
MOGIN RUBIN LLP
600 West Broadway, Suite 3300
San Diego, CA 92101

*Attorneys for Plaintiffs EVANS HOTELS, LLC; BH PARTNERSHIP LP; and EHSW, LLC*

///

///

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANS HOTELS, LLC, a California limited liability company; BH PARTNERSHIP LP, a California limited partnership; EHSW, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>UNITE HERE LOCAL 30; BRIGETTE BROWNING, an individual; SAN DIEGO COUNTY BUILDING and CONSTRUCTION TRADES COUNCIL, AFL-CIO; TOM LEMMON, an individual; and DOES 1-10,<br><br>Defendants. | CASE NO. 18-cv-02763-LL-AHG<br><br>**JOINT MOTION FOR ORDER ON BRIEFING OF MOTION TO DISMISS**<br><br>The Honorable Linda Lopez<br><br>**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |

Plaintiffs EVANS HOTELS, LLC, EHSW, LLC, and BH PARTNERSHIP LP (collectively, "Plaintiffs") and Defendants UNITE HERE LOCAL 30, BRIGETTE BROWNING, SAN DIEGO COUNTY BUILDING & TRADES COUNCIL, AFLCIO, and TOM LEMMON (collectively, "Defendants") respectfully submit this joint motion seeking an order from the Court permitting the consolidation of briefing on Defendants forthcoming motion to dismiss the Third Amended Complaint ("TAC"), or if motion for leave to file it is granted, the proposed Fourth Amended Complaint ("FAC").

WHEREAS, on August 26, 2021, the Court entered an order granting-in-part and denying-in-part Defendants' motions to dismiss / strike Plaintiff's then-operative Second Amended Complaint (Dkt. 93); and

WHEREAS, on January 28, 2022, the Court entered an order denying Defendants' motion for reconsideration and requiring that Plaintiffs file the TAC within 10 days, and stated that no new claims for relief could be added unless Plaintiffs filed a motion establishing "good cause." (Dkt. 113); and

WHEREAS, on February 7, 2022, Plaintiffs filed their TAC, and on February 25, 2022, Plaintiffs filed a motion for leave to file a FAC, seeking to assert a new antitrust claim for relief under Section 1 of the Sherman Act; and

WHEREAS, Plaintiffs' motion for leave to file a FAC is fully briefed; and

WHEREAS, Defendants plan to file a motion to dismiss the TAC (if it remains the operative complaint) or the FAC (if the Court grants leave to file it); and

WHEREAS, in order to facilitate orderly briefing on this motion to dismiss, to promote efficiency and avoid duplication of effort, Defendants proposed to Plaintiffs a consolidated briefing arrangement, under which Defendants would file a joint, oversized memorandum in support of their motion to dismiss, Plaintiffs would file a single, oversized memorandum in response to the motion to dismiss, and Defendants would file a joint, oversized reply memorandum in support of their motion to dismiss; and

WHEREAS, the Parties have met and conferred and compromised on the proposed page limitations for such consolidated briefing;

NOW, THEREFORE, having met and conferred on the subject and agreeing that good cause exists, the Parties hereby stipulate, agree, and jointly request that the Court enter an order permitting: (1) Defendants to file a single, joint memorandum in support of their motion to dismiss the TAC or, if the Court grants leave to file it, the FAC of not more than 40 pages; (2) Plaintiffs to file a single memorandum in opposition to Defendants' motion to dismiss the TAC or, if the Court grants leave to file, it the FAC of not more than 40 pages; and (3) Defendants to file a single, joint reply memorandum in support of their motion to dismiss the TAC or, if the Court grants leave to file it, the FAC of not more than 15 pages.

Dated: April 5, 2022    Respectfully Submitted,

/s/Paul L. More
Richard G. McCracken, SBN 62058
Paul L. More, SBN 228589
Luke Dowling, SBN 328014
McCRACKEN, STEMERMAN & HOLSBERRY, LLP
595 Market Street, Suite 800
San Francisco, CA 94105
Tel:    415-597-7200
Fax:    415-597-7201
Email:  rmccracken@msh.law
        pmore@msh.law
        ldowling@msh.law

*Attorneys for Defendants UNITE HERE Local 30 and Brigette Browning*

///
///
///
///

/s/*Stacey Monica Leyton*
Stacey Monica Leyton, SBN 203827
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Tel:     415-421-7151
Fax:     415-362-8064
Email:  sleyton@altshulerberzon.com

*Attorneys for Defendants Tom Lemmon and San Diego Building and Construction Trades Council*

/s/*Steven Todd Coopersmith*
Steven Todd Coopersmith, SBN 184646
Philippa S. Grumbley, SBN 265135
THE COOPERSMITH LAW FIRM
555 W Beech St., Suite 230
San Diego, CA 92101
Tel:     619-238-7360
Fax:     619-785-3357
Email:  stc@stevecoopersmithlaw.com
         psg@stevecoopersmithlaw.com
*Attorneys for Defendant Tom Lemmon*

/s/*William M. Low*
William M. Low, Bar No. 106669
wlow@higgslaw.com
Edwin M. Boniske, Bar No. 265701
boniske@higgslaw.com
Geoffrey M. Thorne, Bar No. 284740
thorneg@higgslaw.com
Jacob T. Spaid, Bar No. 298832
spaidj@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, California 92101
Telephone: 619.236.1551
Facsimile: 619.696.1410

*Attorneys for Plaintiffs EVANS HOTELS, LLC; BH PARTNERSHIP LP; and EHSW, LLC*

|   |   |
|---|---|
| 1 | /s/Lawrence D. Levien_____ |
| 2 | Lawrence D. Levien (*Pro Hac Vice*) |
|   | LLevien@littler.com |
| 3 | LITTLER MENDELSON, P.C. |
| 4 | 815 Connecticut Avenue, NW, Suite 400 |
|   | Washington, DC 20006 |
| 5 | Telephone: 202.842.3400 |
| 6 | Facsimile: 202.842.0011 |
| 7 |   |
|   | *Daniel J. Mogin*_____ |
| 8 | Daniel J. Mogin, Esq., Bar No. 95624 |
| 9 | dmogin@moginrubin.com |
|   | Jennifer M. Oliver, Esq., Bar No. 311196 |
| 10 | joliver@moginrubin.com |
| 11 | Timothy Z. LaComb, Esq., Bar No. 314244 |
|   | tlacomb@moginrubin.com |
| 12 | MOGINRUBIN LLP |
| 13 | 600 West Broadway, Suite 3300 |
|   | San Diego, CA 92101 |
| 14 |   |
| 15 | *Attorneys for Plaintiffs EVANS HOTELS, LLC; BH PARTNERSHIP LP; and EHSW, LLC* |

4

JOINT MOTION FOR ORDER ON BRIEFING        CASE NO. 18-cv-02763-LL-AHG

## SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court of California, I hereby certify that the content of this document is acceptable to counsel for the parties, and that I have obtained authorization to affix their electronic signatures to this document.

DATED: April 5, 2022                    /s/Paul L. More_____
                                        Paul L. More

---

5

JOINT MOTION FOR ORDER ON BRIEFING                    CASE NO. 18-cv-02763-LL-AHG

# CERTIFICATE OF SERVICE

I am employed in the city and county of San Francisco, State of California. I am over the age of eighteen years and not a party to the within action; my business address is: 595 Market Street, Suite 800, San Francisco, California 94105.

On April 5, 2022, I served a copy of the foregoing document

**JOINT MOTION FOR ORDER ON BRIEFING OF MOTION TO DISMISS**

on the interested party(s) in this action, as follows:

***By ECF System - Court's Notice of Electronic Filing:***

Susan K. Leader
Akin Gump Strauss Hauer & Feld
1999 Avenue of the Stars
Suite 600
Los Angeles, CA 90067
310-229-1000

*Attorneys for Plaintiffs*

William M. Low, Bar No. 106669
wlow@higgslaw.com
Edwin M. Boniske, Bar No. 265701
boniske@higgslaw.com
Geoffrey M. Thorne, Bar No. 284740
thorneg@higgslaw.com
Jacob T. Spaid, Bar No. 298832
spaidj@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, California 92101-7913

*Attorneys for Plaintiffs*

Stacey Monica Leyton, SBN 203827
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Email:
sleyton@altshulerberzon.com

*Attorneys for Defendants Tom Lemmon and San Diego Building and Construction Trades Council*

Steven Todd Coopersmith, SBN 184646
Philippa S. Grumbley, SBN 265135
THE COOPERSMITH LAW FIRM
555 W Beech St., Suite 230
San Diego, CA 92101
Tel:     619-238-7360
Fax:    619-785-3357
Email:  stc@stevecoopersmithlaw.com
 psg@stevecoopersmithlaw.com

*Attorneys for Defendant Tom Lemmon*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this April 5, 2022, at San Francisco, California.

1

CERTIFICATE OF SERVICE                                          CASE NO. 18-cv-02763-LL-AHG

_____
Katherine Pierre