# EXHIBIT A

## Exhibit A: Joint Discovery Plan

The parties participated in a Rule 26(f) conference on July 12, 2022, and agreed to the provisions below. The parties jointly request that a subsequent Case Management Conference be set once the pleadings are finalized to discuss a comprehensive discovery plan.

**A.      Initial Disclosures**

No party has made any Rule 26 disclosures. The parties will be prepared to discuss Rule 26 disclosures at the Case Management Conference, including the timing thereof, if directed by the Court.

**B.      Anticipated Discovery**

1.      <u>Fact Discovery</u>

The parties agree that discovery will be needed on all issues raised in the operative complaint and responsive pleadings, once filed by Defendants. However, discovery will not be conducted in phases.

2.      <u>Limitations / Modifications to Federal Rules of Civil Procedure</u>

The parties request that the provisions of Federal Rule of Civil Procedure 30 be modified in that each <u>side</u> be entitled to take 48 depositions, to commence after the pleadings are finalized.

The parties otherwise agree that the Federal Rules of Civil Procedure shall govern, except where the parties agree otherwise in writing.

3.      <u>Expert Discovery</u>

The parties will be prepared to discuss expert discovery, including the timing thereof, if directed by the Court, although they propose that a subsequent Case Management Conference be set once the pleadings are finalized to discuss this issue.

11067627.2

C.  **Preservation of Discoverable Information**

Counsel for each party has informed and advised their respective clients to preserve all electronically stored information ("ESI") relevant to this case.

D.  **Discovery of Electronically Stored Information**

Given the substantive and temporally scope of the case, the parties anticipate there will be disputes regarding ESI—but will endeavor to meet and confer on each topic as it arises and only resort to judicial intervention, as needed.  (*See*, i.e., Doc. 105 [Joint Motion for Order Extending Order re Preservation Subpoenas].)  The parties have agreed that each party will produce all relevant ESI in accordance with an agreed-upon ESI protocol.  In the event that native data is necessary, the parties will meet and confer on a case-by-case basis, including any cost-shifting considerations.

E.  **Inadvertent Production of Privileged Materials**

The parties agree that to the extent that privileged documents or ESI are inadvertently produced, then Federal Rule of Evidence 502 shall control and the privilege will not be waived.  Counsel for the party who receives the claimed privileged material shall promptly destroy the allegedly privileged content upon notice from the other party.

F.  **Other Order(s)**

The parties do not request any additional orders at this time.