# EXHIBIT B

**Exhibit B: Plaintiffs' Request for Discovery Pending Resolution of Pleadings**

<u>Generally</u>:  Plaintiffs request authorization to conduct limited discovery—both in form and substance—pending resolution of the pleadings.  Specifically, Plaintiffs seek to: (*1*) propound document demands only on Defendants as to the secondary boycott claim, which the Court has already recognized as being a viable theory of liability (Doc. 93 [denying Defendants' motion to dismiss secondary boycott claim], 113 [denying Defendants' motion for reconsideration]), and (2) serve deposition subpoenas for documents on third-parties consistent with preservation subpoenas that have previously been served, as authorized by the Court (Doc. 106).

Plaintiffs submits this proposed limited discovery plan with an express reservation of rights to conduct full-scaled discovery consistent with the Rules of Civil Procedure once the pleadings are finalized.  This proposed plan is not intended to restrict or otherwise limit the scope of discovery moving forward.

**Requests to Defendants UniteHere! Local 30 / Brigette Browning**

1. All employment agreements with Brigette Browning, Nancy Browning and Rick Bates.
2. All "card check neutrality" agreements brokered by Defendants with third-party non-union employers from January 1, 2008 through December 7, 2018.
3. All "petitions for certification of representatives" filed by Defendants with the NLRB from January 1, 2008 through December 7, 2018.
4. All communications, oppositions / objections to development projects filed by Defendants with Civic San Diego, City of San Diego Mayor's Office, San Diego City Council, the Port of San Diego and its Commissioners, the California Coastal Commission and its Commissioners, the City of San Diego Planning Commission, the City of San Diego Development Services Department, San Diego County Planning & Development Services, and the

11067598.3

San Diego County Board of Supervisors, from January 1, 2008 through December 7, 2018 related to:
- Bahia Hotel;
- Evans Hotels;
- SeaWorld;
- Lane Field;
- Hotel del Coronado;
- Ritz-Carlton / Cisterra;
- Town and Country Hotel and Convention Center;
- Sunroad Hotel;
- Convention Center;
- San Diego Marriott Marquis & Marina;
- Legacy International Center;
- San Diego State University Mission Valley.

5. All petitions for writ of mandate re CEQA filed by Defendants in the County of San Diego from January 1, 2008 through December 7, 2018, as well as resulting settlement agreements and pre-cursor objections.

6. All phone logs of Unite Here! Local 30 employees, including but not limited to Brigette Browning, Nancy Browning, Rick Bates, Salvador Luna, Ryan Karlsgod, Oscar Salazar, Executive Board Members from January 1, 2014 through December 7, 2018.

7. All calendars and meeting notes of Brigette Browning, Nancy Browning, Rick Bates, Ryan Karlsgodt, Salvador Luna, Oscar Salazar, and Executive Board Members from January 1, 2014 through December 7, 2018.

8. All documents, communications, notes / minutes between Unite Here! (international) employees and Executive Board to Unite Here! Local 30 from January 1, 2008 through December 7, 2018 related to:
- "card check neutrality" agreements;
- "project labor agreements" / "community workforce agreements";
- Bahia Hotel;
- Evans Hotels;

11067598.3

- SeaWorld;
- Lane Field;
- Hotel del Coronado;
- Ritz-Carlton / Cisterra;
- Town and Country Hotel and Convention Center;
- Sunroad Hotel;
- Convention Center;
- San Diego Marriott Marquis & Marina;
- Legacy International Center;
- San Diego State University Mission Valley;
- Opposition to development projects;
- Lobbying / donations.

9. All unfair labor practices complaints filed between January 1, 2008 through December 7, 2018 related to:
    - Bahia Hotel;
    - Evans Hotels;
    - SeaWorld;
    - Lane Field;
    - Hotel del Coronado;
    - Ritz-Carlton / Cisterra;
    - Town and Country Hotel and Convention Center;
    - Sunroad Hotel;
    - Convention Center;
    - San Diego Marriott Marquis & Marina;
    - Legacy International Center;
    - San Diego State University Mission Valley.

10. All documents and communications with third-party non-union employers and the NLRB from January 1, 2008 through December 7, 2018 related to:
    - "card check neutrality" agreements;
    - "project labor agreements" / "community workforce agreements";
    - Bahia Hotel;
    - Evans Hotels;
    - SeaWorld;
    - Lane Field;
    - Hotel del Coronado;
    - Ritz-Carlton / Cisterra;

11067598.3

- Town and Country Hotel and Convention Center;
- Sunroad Hotel;
- Convention Center;
- San Diego Marriott Marquis & Marina;
- Legacy International Center;
- San Diego State University Mission Valley.

11. All documents and communications with the San Diego County Building and Construction Trades Council and its employees and representatives, including but not limited to Tom Lemmon, Carol Kim, Murtaza Basmusa, Sharon Ramirez, Mickey Kasparian, from January 1, 2008 through December 7, 2018 related to:
    - "card check neutrality" agreements;
    - "project labor agreements" / "community workforce agreements";
    - Bahia Hotel;
    - Evans Hotels;
    - SeaWorld;
    - Lane Field;
    - Hotel del Coronado;
    - Ritz-Carlton / Cisterra;
    - Town and Country Hotel and Convention Center;
    - Sunroad Hotel;
    - Convention Center;
    - San Diego Marriott Marquis & Marina;
    - Legacy International Center;
    - San Diego State University Mission Valley.

12. All documents and communications with San Diego County Building Trades Council Family Housing Corporations from January 1, 2008 through December 7, 2018 related to:
    - "card check neutrality" agreements;
    - "project labor agreements" / "community workforce agreements";
    - Bahia Hotel;
    - Evans Hotels;
    - SeaWorld;
    - Lane Field;

- Hotel del Coronado;
- Ritz-Carlton / Cisterra;
- Town and Country Hotel and Convention Center;
- Sunroad Hotel;
- Convention Center;
- San Diego Marriott Marquis & Marina;
- Legacy International Center;
- San Diego State University Mission Valley;
- Opposition to development projects;
- Lobbying / donations
- Exclusive Negotiation Agreement.

13. All documents and communications with Allison Rolfe or Collaborative Land Use Solutions from January 1, 2008 through December 7, 2018 related to:
    - "card check neutrality" agreements;
    - "project labor agreements" / "community workforce agreements";
    - Bahia Hotel;
    - Evans Hotels;
    - SeaWorld;
    - Lane Field;
    - Hotel del Coronado;
    - Ritz-Carlton / Cisterra;
    - Town and Country Hotel and Convention Center;
    - Sunroad Hotel;
    - Convention Center;
    - San Diego Marriott Marquis & Marina;
    - Legacy International Center;
    - San Diego State University Mission Valley.

14. All documents to, from, or about communications with PETA from January 1, 2008 through December 7, 2018 related to:
    - "card check neutrality" agreements;
    - "project labor agreements" / "community workforce agreements";
    - Bahia Hotel;
    - Evans Hotels;
    - SeaWorld;

11067598.3

- Lane Field;
- Hotel del Coronado;
- Ritz-Carlton / Cisterra;
- Town and Country Hotel and Convention Center;
- Sunroad Hotel;
- Convention Center;
- San Diego Marriott Marquis & Marina;
- Legacy International Center;
- San Diego State University Mission Valley.

11067598.3

**Requests to Defendants San Diego County Building and Construction Trades Council, AFL-CIO / Tom Lemmon**

1. All employment agreements with Tom Lemmon and Carol Kim.
2. All severance, separation and release agreements with Tom Lemmon and Carol Kim.
3. All "project labor agreements" / "community workforce agreements" brokered by Defendants with third-party non-union employers from January 1, 2008 through December 7, 2018.
4. All communications, oppositions / objections to development projects filed by Defendants with Civic San Diego, City of San Diego Mayor's Office, San Diego City Council, the Port of San Diego and its Commissioners, the California Coastal Commission and its Commissioners, the City of San Diego Planning Commission, the City of San Diego Development Services Department, San Diego County Planning & Development Services, and the San Diego County Board of Supervisors, from January 1, 2008 through December 7, 2018 related to:
   - Bahia Hotel;
   - Evans Hotels;
   - SeaWorld;
   - Lane Field;
   - Hotel del Coronado;
   - Ritz-Carlton / Cisterra;
   - Town and Country Hotel and Convention Center;
   - Sunroad Hotel;
   - Convention Center;
   - San Diego Marriott Marquis & Marina;
   - Legacy International Center;
   - San Diego State University Mission Valley.

5. All petitions for writ of mandate re CEQA filed by Defendants in the County of San Diego from January 1, 2008 through December 7, 2018, as well as resulting settlement agreements and pre-cursor objections.

6. All phone logs of Building Council employees, including but not limited to, Tom Lemmon and Carol Kim, from January 1, 2014 through December 7, 2018.

7. All calendars and meeting notes of Tom Lemmon and Carol Kim from January 1, 2014 through December 7, 2018.

8. All unfair labor practices complaints filed between January 1, 2008 through December 7, 2018 related to:
   - Bahia Hotel;
   - Evans Hotels;
   - SeaWorld;
   - Lane Field;
   - Hotel del Coronado;
   - Ritz-Carlton / Cisterra;
   - Town and Country Hotel and Convention Center;
   - Sunroad Hotel;
   - Convention Center;
   - San Diego Marriott Marquis & Marina;
   - Legacy International Center;
   - San Diego State University Mission Valley.

9. All documents and communications with third-party non-union employers and the NLRB from January 1, 2008 through December 7, 2018 related to:
   - "card check neutrality" agreements;
   - "project labor agreements" / "community workforce agreements";
   - Bahia Hotel;
   - Evans Hotels;
   - SeaWorld;
   - Lane Field;
   - Hotel del Coronado;
   - Ritz-Carlton / Cisterra;
   - Town and Country Hotel and Convention Center;

- Sunroad Hotel;
- Convention Center;
- San Diego Marriott Marquis & Marina;
- Legacy International Center;
- San Diego State University Mission Valley.

10. All documents and communications with Unite! Here and its employees and representatives, including but not limited to Brigette Browning, Nancy Browning and Rick Bates, from January 1, 2008 through December 7, 2018 related to:
    - "card check neutrality" agreements;
    - "project labor agreements" / "community workforce agreements";
    - Bahia Hotel;
    - Evans Hotels;
    - SeaWorld;
    - Lane Field;
    - Hotel del Coronado;
    - Ritz-Carlton / Cisterra;
    - Town and Country Hotel and Convention Center;
    - Sunroad Hotel;
    - Convention Center;
    - San Diego Marriott Marquis & Marina;
    - Legacy International Center;
    - San Diego State University Mission Valley;
    - Opposition to development projects;
    - Lobbying / donations
    - Exclusive Negotiation Agreement.

11. All documents and communications with San Diego County Building Trades Council Family Housing Corporations from January 1, 2008 through December 7, 2018 related to:
    - "card check neutrality" agreements;
    - "project labor agreements" / "community workforce agreements";
    - Bahia Hotel;
    - Evans Hotels;
    - SeaWorld;
    - Lane Field;

- Hotel del Coronado;
- Ritz-Carlton / Cisterra;
- Town and Country Hotel and Convention Center;
- Sunroad Hotel;
- Convention Center;
- San Diego Marriott Marquis & Marina;
- Legacy International Center;
- San Diego State University Mission Valley;
- Opposition to development projects;
- Lobbying / donations
- Exclusive Negotiation Agreement.

12. All documents and communications with Allison Rolfe or Collaborative Land Use Solutions from January 1, 2008 through December 7, 2018 related to:
    - "card check neutrality" agreements;
    - "project labor agreements" / "community workforce agreements";
    - Bahia Hotel;
    - Evans Hotels;
    - SeaWorld;
    - Lane Field;
    - Hotel del Coronado;
    - Ritz-Carlton / Cisterra;
    - Town and Country Hotel and Convention Center;
    - Sunroad Hotel;
    - Convention Center;
    - San Diego Marriott Marquis & Marina;
    - Legacy International Center;
    - San Diego State University Mission Valley.

13. All documents to, from, or about communications with PETA from January 1, 2008 through December 7, 2010 related to:
    - "card check neutrality" agreements;
    - "project labor agreements" / "community workforce agreements";
    - Bahia Hotel;
    - Evans Hotels;
    - SeaWorld;

11067598.3

- Lane Field;
- Hotel del Coronado;
- Ritz-Carlton / Cisterra;
- Town and Country Hotel and Convention Center;
- Sunroad Hotel;
- Convention Center;
- San Diego Marriott Marquis & Marina;
- Legacy International Center;
- San Diego State University Mission Valley

11067598.3