Stacey M. Leyton, SBN 203827
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Fax: (415) 362-8064
sleyton@altber.com

*Attorney for Defendants Tom Lemmon and San Diego County Building and Construction Trades Council, AFL-CIO*

Richard G. McCracken, SBN 62058
Paul L. More, SBN 228589
Luke Dowling, SBN 328014
McCRACKEN, STEMERMAN & HOLSBERRY LLP
475 14th Street, Suite 1200
Oakland, CA 94612
Telephone: (415) 597-7200
Fax: (415) 597-7201
rmccracken@msh.law
pmore@msh.law
ldowling@msh.law

*Attorneys for Defendants UNITE HERE Local 30 and Brigette Browning*

*(Counsel continued on next page)*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANS HOTELS, LLC, a California limited liability company, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITE HERE LOCAL 30, *et. al.*,<br><br>Defendants. | CASE NO. 3:18-cv-02763-RSH-AHG<br><br>**DEFENDANTS UNITE HERE LOCAL 30 AND BRIGETTE BROWNING'S NOTICE OF MOTION AND MOTION TO DISMISS THIRD AMENDED COMPLAINT**<br><br>The Honorable Robert S. Huie<br><br>Date: November 7, 2022<br>Courtroom: 3B<br><br>**PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT** |

Steven T. Coopersmith, SBN 184646
Philippa S. Grumbley, SBN 265135
THE COOPERSMITH LAW FIRM
2 Columbia Place
1230 Columbia Street, Suite 680
San Diego, California 92101
Telephone: (619) 238-7360
Fax: (619) 785-3357
stc@stevecoopersmithlaw.com
psg@stevecoopersmithlaw.com

*Attorneys for Defendant Tom Lemmon*

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendants Tom Lemmon, Brigette Browning, San Diego County Building and Construction Trades Council, and UNITE HERE Local 30 hereby move to dismiss the Third Amended Complaint ("3AC") under Federal Rules of Civil Procedure 8 and 12(b)(6) on the grounds that the 3AC fails to state a claim upon which relief can be granted.

Plaintiffs fail to state claims against Defendants for the reasons set forth in the accompanying Memorandum in Support of Motion to Dismiss the 3AC. Those reasons include, but are not limited to, the following:

- The conduct on which Plaintiffs' claims are based is protected under the First Amendment-based *Noerr-Pennington* doctrine, which protects petitioning and conduct incidental to petitioning against statutory liability.
- Plaintiffs' allegations do not establish a violation of the Labor Management Relations Act Section 303, 29 U.S.C. §187.
- Plaintiffs' allegations are insufficient for antitrust standing under the Sherman Act, do not establish a sufficient market share to plead their Sherman Act monopolization claims, and establish the applicability of the labor exemption.

This motion is based on the concurrently filed Memorandum in Support of Motion to Dismiss the 3AC; the accompanying Request for Judicial Notice and Declaration of Stacey M. Leyton; the complete files and records of this action; and such other matters and arguments as may come before the Court, including those raised in connection with reply briefing and any oral argument relating to this motion.

This motion is made following the conference of counsel that took place on September 13, 2022.

Dated: September 20, 2022                    Respectfully submitted,

By: /s/ Stacey M. Leyton

Stacey M. Leyton, SBN 203827
ALTSHULER BERZON LLP

*Attorney for Defendants Tom Lemmon And San Diego County Building and Construction Trades Council*

By: /s/ Paul L. More

Richard G. McCracken, SBN 62058
Paul L. More, SBN 228589
Luke Dowling, SBN 328014
McCRACKEN, STEMERMAN &
 HOLSBERRY LLP

*Attorneys for Defendants UNITE HERE Local 30 and Brigette Browning*

By: /s/ Steven T. Coopersmith

Steven T. Coopersmith, SBN 184646
Philippa S. Grumbley, SBN 265135
THE COOPERSMITH LAW FIRM

*Attorneys for Defendant Tom Lemmon*