William M. Low, Bar No. 106669
wlow@higgslaw.com
Edwin M. Boniske, Bar No. 265701
boniske@higgslaw.com
Geoffrey M. Thorne, Bar No. 284740
thorneg@higgslaw.com
Jacob T. Spaid, Bar No. 298832
spaidj@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West "A" Street, Suite 2600
San Diego, California 92101-7913
Telephone: 619.236.1551
Facsimile: 619.696.1410

Attorneys for Plaintiffs
EVANS HOTELS, LLC; BH PARTNERSHIP LP;
and EHSW, LLC

(*Counsel continued on next page*)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANS HOTELS, LLC, a California limited liability company; BH PARTNERSHIP LP, a California limited partnership; EHSW, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>UNITE HERE! LOCAL 30; BRIGETTE BROWNING, an individual; SAN DIEGO COUNTY BUILDING and CONSTRUCTION TRADES COUNCIL, AFL-CIO; TOM LEMMON, an individual; and DOES 1-10,<br><br>Defendants. | CASE NO. 3:18-CV-02763-RSH-AHG<br><br>**PLAINTIFFS' JOINT OBJECTIONS TO DEFENDANTS' REQUEST FOR JUDICIAL NOTICE**<br><br>Date: November 7, 2022<br>Courtroom: 3B<br>Judge: Hon. Robert S. Huie<br><br>Complaint Filed: December 7, 2018 |

Lawrence D. Levien (*Pro Hac Vice*)
LLevien@littler.com
LITTLER MENDELSON, P.C.
815 Connecticut Avenue, NW, Suite 400
Washington, DC 20006
Telephone: 202.842.3400
Facsimile: 202.842.0011

Daniel J. Mogin, Esq., Bar No. 95624
dmogin@moginrubin.com
Jennifer M. Oliver, Esq., Bar No. 311196
joliver@moginrubin.com
Timothy Z. LaComb, Esq., Bar No. 314244
tlacomb@moginrubin.com
MOGINRUBIN LLP
600 West Broadway, Suite 3300
San Diego, CA 92101
Tel: (619) 687-6611
Fax: (619) 687-6610

Attorneys for Plaintiffs
EVANS HOTELS, LLC; BH PARTNERSHIP LP; and EHSW, LLC

Plaintiffs EVANS HOTELS, LLC, et al. (collectively, "Plaintiffs") respectfully submit the following objections to Defendants TOM LEMMON, et al. (collectively, "Defendants") request for judicial notice.

## I.

## THE COURT SHOULD NOT TAKE JUDICIAL NOTICE OF ANY LETTER

Plaintiffs request the Court take judicial notice of two letters sent by attorney Tony LoPresti to the San Diego Mayor and City Council "because they are referenced in the Third Amended Complaint." (Doc. No. 143-3 at 3:9-11.) The request should be denied.

Defendants fail to establish the letters are a proper subject for judicial notice. Indeed, courts may take judicial notice only of adjudicative facts that are "not subject to reasonable dispute." Fed. R. Evid. 201(b). "Facts are indisputable, and thus subject to judicial notice, only if they are either 'generally known' under Rule 201(b)(1) or 'capable of accurate and ready determination by resort to sources whose accuracy cannot be reasonably questioned' under Rule 201(b)(2)." *United States v. Ritchie*, 342 F.3d 903, 908-09 (9th Cir. 2003). The letters authored by Attorney LoPresti, which relate to the Bahia Resort Renovation Project, are persuasive in nature and not a recitation of "incontrovertible facts" such that their "accuracy cannot be reasonably questioned." *NLRB v. Big Bear Supermarkets No. 3*, 640 F.2d 924, 926 (9th Cir. 1980) ("We decline to take judicial notice of the contents of the letters, because the Meat Cutters Union has failed to establish that the information in the letters is not subject to reasonable dispute, as required by Fed.R.Evid. 201(b)."); *Marsh v. San Diego Cty.*, 432 F.Supp.3d 1035, 1044 (S.D. Cal. 2006) (denying request for judicial notice because document at issue contained facts subject to reasonable dispute).

///
///
///

## II.

## **CONCLUSION**

For these reasons, the Court should deny Defendants' request to take judicial notice of Exhibits 1 and 2.

DATED: October 24, 2022            HIGGS FLETCHER & MACK LLP


By: */s/ William M. Low*
    WILLIAM M. LOW, ESQ.
    EDWIN M. BONISKE, ESQ.
    GEOFFREY M. THORNE, ESQ.
    JACOB T. SPAID, ESQ.
    Attorneys for Plaintiffs
    EVANS HOTELS, LLC; BH
    PARTNERSHIP LP; and EHSW, LLC