| | |
|---|---|
| 1 | **MOGINRUBIN LLP** |
| 2 | Daniel J. Mogin, Esq., Bar No. 95624 |
|   | Timothy Z. LaComb, Esq., Bar No. 314244 |
| 3 | 600 West Broadway, Suite 3300 |
| 4 | San Diego, CA 92101 |
|   | Tel: (619) 687-6611 |
| 5 | Fax: (619) 687-6610 |
| 6 | dmogin@moginrubin.com |
|   | tlacomb@moginrubin.com |
| 7 | |
| 8 | *(Additional counsel on signature page)* |
| 9 | *Counsel for Plaintiffs* |
| 10 | Evans Hotels LLC, BH Partnership, LP, |
|    | and EHSW, LLC |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVANS HOTELS LLC, a California limited liability company; BH PARTNERSHIP LP, a California limited partnership; EHSW LLC, a Delaware limited liability company, | Case No: 3:18-cv-02763 RSH (AHG) |
| | **NOTICE OF WITHDRAWAL OF JENNIFER M. OLIVER** |
| Plaintiffs, | |
| v. | Judge: Hon. Robert S. Huie |
| | Mag. Judge: Hon. Allison H. Goddard |
| UNITEHERE! LOCAL 30; BRIGETTE BROWNING, an individual; SAN DIEGO COUNTY BUILDING and CONSTRUCTION TRADES COUNCIL, AFL-CIO; TOM LEMMON, an individual; and DOES 1-10. | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

PLEASE TAKE NOTICE THAT attorney Jennifer M. Oliver is no longer associated with MoginRubin LLP and hereby withdraws her appearance as counsel for Plaintiffs Evans Hotels LLC, BH Partnership, LP, and EHSW, LLC ("Plaintiffs") in the above-captioned matter and requests that her name be removed as counsel of record on the Court's CM/ECF docket and the parties' service lists. The undersigned counsel who have previously made their appearances will continue to serve as counsel of record for Plaintiffs in this matter.

Dated: November 10, 2022

By:     /s/ *Daniel J. Mogin*
Daniel J. Mogin, Bar No. 95624
Timothy Z. LaComb, Bar No. 314244
**MOGINRUBIN LLP**
600 West Broadway, Suite 3300
San Diego, CA 92101
Telephone: (619) 687-6611
Facsimile: (619) 687-6610
dmogin@moginrubin.com
tlacomb@moginrubin.com

William M. Low, Bar No. 106669
Edwin M. Boniske, Bar No. 265701
Geoffrey M. Thorne, Bar No. 284740
Jacob T. Spaid, Bar No. 298832
**HIGGS FLETCHER & MACK LLP**
401 West A Street, Suite 2600
San Diego, CA 92101-7913
Telephone: (619) 236-1551
Facsimile: (619) 696-1410
wlow@higgslaw.com
boniske@higgslaw.com
thorneg@higgslaw.com
spaidj@higgslaw.com

| | |
|---|---|
| 1 | |
| 2 | Lawrence D. Levien (*Pro Hac Vice*) |
|   | **LITTLER MENDELSON, P.C.** |
| 3 | 815 Connecticut Ave., Suite 400 |
|   | Washington D.C. 20006 |
| 4 | Telephone:  (202) 842-3400 |
|   | Facsimile:   (202) 842-0011 |
| 5 | llevien@littler.com |
| 6 | |
| 7 | *Counsel for Plaintiffs,* |
|   | Evans Hotels LLC, BH Partnership, LP, |
| 8 | and EHSW, LLC |

3    18-cv-02763 RSH (AHG)

NOTICE OF WITHDRAWAL OF JENNIFER M. OLIVER

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served on all counsel of record on November 10, 2022, electronically, via the Court's CM/ECF system, in accordance with the Federal Rules of Civil Procedure and the local rules of this Court.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Dated: November 10, 2022                /s/ *Daniel J. Mogin*
                                                              Daniel J. Mogin